FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND W. PACILLAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 07-6680-RGK (JTL)<br><br>**J U D G M E N T** |

　　　In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: ___JAN - 8 2009___

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE